IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO: |
| | : 7:23-CR-65 WLS-TQL-08 |
| JUSTIN O'NEAL THOMPSON, | : |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

Before the Court is Defendant's Objections to Proposed Presentence Investigation Report (Doc. 624) ("Objection") filed December 26, 2024. The Draft Presentence Investigation Report (Doc. 620) ("PSR") was filed December 12, 2024, and objections thereto were due December 26, 2024. Without providing any basis, argument, or support, for his Objections, Defendant objects to (a) paragraphs 67 and 68 of the PSR;[1] (b) the designation of Defendant as a Career Offender in paragraph 73; and (c) paragraphs 80 through 91, "until such time as he has had an opportunity to review the sentencing documents for these alleged convictions and alleged revocations with his counsel." (Doc. 624 at 1). The sentencing hearing in this matter is scheduled for January 16, 2025. In order for the Court to adequately prepare for the sentencing hearing, it is necessary for Defendant to supplement his Objections to provide the basis for such Objections, his arguments, and support for Defendant's position and to allow for the Government's response.

Accordingly, on or before close of business on **Monday, January 6, 2025**, Defendant shall supplement his Objections as noted above. On or before close of business on **Friday, January 10, 2025**, the Government shall file its response to Defendant's Objections.

**SO ORDERED**, this 31st day of December 2024.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[1] PSR ¶¶ 67 and 68 increase Defendant's Base Offense Level by two points each for possession of a firearm and for maintaining a premises for distribution of controlled substances, respectively.

1